# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

SAM AGAR RICHARD          :          DOCKET NO. 2:09-cv-1546

VS.          :          JUDGE MINALDI

U.S. COMMISSIONER, SOCIAL          :          MAGISTRATE JUDGE KAY
SECURITY ADMINISTRATION

## REPORT AND RECOMMENDATION

On September 2, 2009, Sam Agar Richard filed a Complaint claiming that the Commissioner's unfavorable disability finding is contrary to law and not supported by substantial evidence and requested judicial review by this court. (Doc. 1). The Commissioner answered the Complaint on February 2, 2011. (Doc. 5). On February 3, 2011, this court issued a scheduling order setting April 4, 2011 as the deadline for plaintiff to file his brief in support of his social security appeal. (Doc. 6). On May 13, 2011, this court issued an order directing plaintiff to file his brief "no later than close of business on May 30, 2011." (Doc. 8). The court warned that "failure to abide by order of this court may result his claim being dismissed for failure to prosecute in accordance with LR41.3W." (Doc. 8). As of this date, plaintiff has failed to file his brief.

Accordingly,

IT IS RECOMMENDED that the Complaint filed by Sam Agar Richard on September 2, 2009, be stricken from the record.

THUS DONE this 1st day of June, 2011.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE